No. 323, Misc. BLACK ET AL. v. STRAND ET AL. Motion for leave to file petition for designation of Circuit Judge to act jointly with the Judges of the United States Court of Appeals for the Eighth Circuit in passing upon petitions for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this motion.

No. 235, Misc. GREENE v. MAY, WARDEN;

No. 255, Misc. VARDEN v. HOLMAN;

No. 256, Misc. CAVENY v. DOLNICK, CORRECTION COMMISSIONER;

No. 258, Misc. JOHN v. FIELD, MENS COLONY SUPERINTENDENT;

No. 301, Misc. BOWENS v. CALIFORNIA ADULT AUTHORITY ET AL.;

No. 322, Misc. DEMES v. CALIFORNIA;

No. 368, Misc. CEDILLO v. UNITED STATES;

No. 378, Misc. SINGLETON v. HOLMAN, WARDEN;

No. 395, Misc. BERMAN v. WARDEN, MARYLAND PENITENTIARY;

No. 400, Misc. GRESHAM v. WILSON, WARDEN, ET AL.;

No. 451, Misc. SESLER v. FLORIDA;

No. 481, Misc. TSERMENGAS v. KROPP, WARDEN;

No. 512, Misc. GILMER v. PEYTON, PENITENTIARY SUPERINTENDENT;

No. 529, Misc. COMBS v. UNITED STATES DISTRICT COURT ET AL.; and

No. 531, Misc. WORRELL v. THOMAS, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 450, Misc. McCOY v. PRESTON. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for a writ of certiorari, certiorari is denied. Petitioner *pro se*. *Solicitor General Marshall* for respondent.